IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MARK ALBRECHT, et al.**, | : |
| | : Case No. 1:06cv274 |
| Plaintiffs, | : |
| | : DISTRICT JUDGE SUSAN J. DLOTT |
| v. | : |
| | : **ORDER STAYING CASE AND** |
| **BRIAN TREON, M.D., et al.**, | : **DENYING MOTIONS WITHOUT** |
| | : **PREJUDICE TO REFILING** |
| Defendants | : |
| | : |

Pending before the Court are numerous motions, including Plaintiffs' Motion to Certify a Class (doc. 2), interested parties' Motions to Quash (docs. 35, 42, 47, 50, and 51), and Defendants' and interested parties' Motions to Stay Discovery (docs. 37, 39, 44, 47, 48, 50, and 52). Since the filing of these motions, this Court has certified a question to the Supreme Court of Ohio which is potentially dispositive of the case. The U.S. Supreme Court supports staying a case in federal district court under such circumstances. *Louisiana Power & Light Co. v. City of Thibodaux*, 360 U.S. 25, 27 (1959) ("We have increasingly recognized the wisdom of staying actions in the federal courts pending determination by a state court of decisive issues of state law."); *see also Clay v. Sun Ins. Office Limited*, 363 U.S. 207, 212 (1960) ("We have frequently deemed it appropriate, where a federal constitutional question might be mooted thereby, to secure an authoritative state court's determination of an unresolved question of its local law."). Accordingly, the Court stays this case and denies all pending motions without prejudice to refiling upon the Court's lifting of the stay.

1

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Judge